United States District Court
Southern District of Texas
FILED

JUN 29 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-21-1334 |
| | § | |
| CRYSTAL ANN FLORES | § | |
| | § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about March 16, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CRYSTAL ANN FLORES**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about March 16, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CRYSTAL ANN FLORES**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 24 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY